# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Rickey S. Carter | **Repayment Agreement and Order** | No: 7:21-CR-00013-001 |

On September 15, 2021, Rickey S. Carter was sentenced to 63 months imprisonment followed by a 60-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Carter. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.   As a result of the judgment entered against me on September 15, 2021, I have been ordered to pay a total restitution of $6,396,607.39 and a special assessment of $100.00.

2.   On April 30, 2025, I began my service of 60 months of supervised release. The mandatory assessment was satisfied on June 9, 2022. The current balance of my restitution is $6,393,818.23.

3.   After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of July 2025, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $150.00 per month during the term of supervision.

_____     6-6-25
Rickey S. Carter                                          Date

_____     6-6-25
Gerald M. Bacoth U.S. Probation Officer       Date

_____     06/09/2025
Assistant U.S. Attorney                             Date

---

**THE COURT ORDERS:**

☑ Approval   ☐ Disapproval

_____
W. Louis Sands
Senior U.S. District Judge

06/09/2025
Date